AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 1:17MJ4120 (JDG) | Date and time warrant executed: 6/12/2017 3:42 pm | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :
 Postal Inspectors Dennis & Parillo

Inventory of the property taken and name of any person(s) seized:
 USPS Priority Mail Express parcel no. EL408142875US addressed to J Spivey, 3230 E 140 St #2, Cleveland, OH 44120, and having a return address of Rich Johnson, 280 Washington Ave, Miami, FL 33139, and the following related contents: Approximately 2 pounds 2 ounces marijuana concealed in coffee grounds.

MTD 6/12/2017

FILED
2017 JUN 13 AM 9:05
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/12/2017

*Executing officer's signature*

Myrick Dennis, U.S. Postal Inspector
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

In the Matter of the Search of )
)
USPS Priority Mail Express parcel no. EL408142875US ) Case No. 1:17MJ4120 (JDG)
addressed to J Spivey, 3230 E 140 St #2, Cleveland, OH )
44120, and having a return address of Rich Johnson, 280 )
Washington Ave, Miami, FL 33139 )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  Northern  District of  Ohio, Eastern Division
*(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail Express parcel no. EL408142875US addressed to J Spivey, 3230 E 140 St #2, Cleveland, OH 44120, and having a return address of Rich Johnson, 280 Washington Ave, Miami, FL 33139

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before  06-26-17  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Jonathan D. Greenberg  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  06-12-17   1219    _____
                                              *Judge's signature*

City and state:   Cleveland, Ohio           Jonathan D. Greenberg, U.S. Magistrate Judge
                                              *Printed name and title*